ORIGINAL

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

THE EDGE RESEARCH & DEVELOPMENT, INC.,

Plaintiff,

v.

THE UNITED STATES OF AMERICA THROUGH THE DEPARTMENT OF THE ARMY, U.S. ARMY SPACE AND MISSILE DEFENSE COMMAND,

Defendant.

03-2843C

FILED
DEC 22 2003
U.S. COURT OF FEDERAL CLAIMS

**RULE 7.1 DISCLOSURE STATEMENT**

TO THE HONORABLE JUDGE OF THE UNITED STATES COURT OF FEDERAL CLAIMS:

COMES NOW THE EDGE RESEARCH & DEVELOPMENT, INC. and files this its Rule 7.1 Disclosure Statement and states that it has no parent corporation and that no publicly held corporation owns 10% or more of its stock.

SIGNED this 19th day of December, 2003.

**BECK & GIVEN, P.C.**
5915 Silver Springs Drive, Bldg. 4
El Paso, Texas 79912
915.544.5545
915.544.1620 Facsimile

By: ______________________
E. Link Beck
State Bar No. 02007400

and

**STUDDARD & MELBY**
Jonathan D. Schwartz
State Bar No. 17870000
415 N. Mesa Street, 3rd Floor
El Paso, Texas 79901
915.533.5938
915.533.6225 Facsimile