IN THE UNITED STATES COURT OF FEDERAL CLAIMS

THE EDGE RESEARCH & DEVELOPMENT, INC.,

Plaintiff,

v.

THE UNITED STATES OF AMERICA,

Defendant.

No.03-2843C

(Judge Baskir)

NOTICE OF APPEARANCE

To the Clerk:

Please enter the appearance of STEVEN MAGER, as attorney of record for the United States. Service of all papers by opposing parties should be addressed as follows:

STEVEN MAGER
Trial Attorney
Commercial Litigation Branch
Civil Division
United States Department of Justice
Washington, D.C. 20530
Phone: (202) 616-2377
Fax: (202) 514-8624

Attention: Classification Unit
1100 L Street, NW, 8th Floor

Dated: January 7th, 2004

s/STEVEN MAGER

STEVEN MAGER
Trial Attorney
Commercial Litigation Branch
Civil Division

CERTIFICATE OF SERVICE

I hereby certify that on this 7th day of January, 2004, a copy of the foregoing Notice of Appearance was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

I further certify that on this 7th day of January, 2004, I caused to be served by United States mail (first class, postage prepaid) copies of defendant's "NOTICE OF APPEARANCE" addressed as follows:

E. LINK BECK
Beck & Given, P.C.
5915 Silver Springs Drive
Building 4
El Paso, Texas 79912

Phone (915) 544-5545
Fax: (915) 544-1620

JONATHAN D. SCHWARTZ
Studdard & Melby
415 N. Mesa Street
3rd Floor
El Paso, Texas 79901

Phone: (915) 533-5938
Fax: (915) 533-6225

s/STEVEN MAGER