# APPENDIX

# Index


| Document | Page No. |
|---|---|
| Contracting Officer's Final Decision (September 25, 2003) | 1 |
| Facsimile from DFAS with payment voucher (October 16, 2003) | 4 |
| Draft contract (SB2A750100-01) | 6 |
| Memorandum for Record by Deborah Parker, SMDC (July 18, 2002) | 14 |
| E-Mail from Debra Parker, SMDC to Shane Bowen, The Edge (August 7, 2002) | 15 |
| Letter from Shane Bowen, The Edge to Mark Lumer, SMDC (January 28, 2003) | 16 |
| Letter from Debra Parker, SMDC to Shane Bowen, The Edge (March 17, 2004) | 19 |
| Certified Claim Letter from Shane Bowen, The Edge to Debra Parker, SMDC (May 15, 2003) | 20 |

DEPARTMENT OF THE ARMY
U.S. ARMY SPACE AND MISSILE DEFENSE COMMAND
POST OFFICE BOX 1500
HUNTSVILLE, ALABAMA 35807-3801

REPLY TO
ATTENTION OF

September 25, 2003

Contract Operations Branch N

SUBJECT: Pressure Vessel Certification - Contracting Officer's Final Decision

Mr. Shane Bowen
The Edge Research and Development
5736 Trowbridge
El Paso, Texas 79925

Dear Mr. Bowen:

The Edge Research and Development (The Edge) claims it performed work pursuant to a contract at this command's High Energy Laser Systems Test Facility (HELSTF) in connection with a pressure vessel certification effort. A draft contract had been prepared calling for a visual inspection of 287 pressure vessels, researching the history of each vessel and a technical report on the results of the inspection. However, the draft was never finalized and signed by the Government, a fact your company was aware of and has acknowledged.

In the absence of a contract, the Government has performed an analysis of services performed and documentation provided, with a view to offering payment for any benefit received. The Government's analysis shows those services constituted only a minor portion of the effort contemplated by the draft agreement, and that considerable additional work would be required to complete it. Based on this analysis, the Government will pay The Edge $35,590.00. Your company's claim is otherwise denied.

This is the final decision of the Contracting Officer. You may appeal this decision to the agency board of contract appeals. If you decide to appeal, you must, within 90 days from the date you receive this decision, mail or otherwise furnish written notice to the agency board of contract appeals and provide a copy to the Contracting Officer from whose decision this appeal is taken. The notice shall indicate that an appeal is intended and reference this decision. With regard to appeals

to the agency board of contract appeals, you may, solely at your election, proceed under the board's small claim procedure for claims of $50,000 or less or its accelerated procedure for claims of $100,000 or less. Instead of appealing to the agency board of contract appeals, you may bring an action directly in the United States Court of Federal Claims (except as provided in the Contract Disputes Act of 1978, 41 U.S.C. 603, regarding Maritime Contracts) within 12 months of the date you receive this decision.

Sincerely,

Denise L. Owens

DENISE L. OWENS
Contracting Officer

**SENDER: *COMPLETE THIS SECTION***

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

MR. SHANE BOWEN
THE EDGE RESEARCH AND DEV.
5736 TROWBRIDGE
EL PASO TX 79925

***COMPLETE THIS SECTION ON DELIVERY***

A. Signature
X [signature] ☐ Agent ☐ Addressee

B. Received by (*Printed Name*) Robert A. Espinoza

C. Date of Delivery 9/29/03

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☒ Certified Mail ☐ Express Mail
☐ Registered ☐ Return Receipt for Merchandise
☐ Insured Mail ☐ C.O.D.

4. Restricted Delivery? (*Extra Fee*) ☐ Yes

2. Article Number
(*Transfer from service label*) 7000 0520 0014 0741 3521

PS Form 3811, August 2001 Domestic Return Receipt 102595-01-M-2509

# FAX

DEFENSE FINANCE AND ACCOUNTING SERVICE
ATTN: DFAS-SL-FPV
4300 GOODFELLOW BLVD.
BLDG. 110 P.O. BOX 200009
ST. LOUIS, MO 63120-0009

Date October 16, 2003

Number of pages including cover sheet 2

TO: Denise Owens

Phone

Fax Phone DSN 645-4240

CC:

From: STEPHON JENKINS

Phone (314) 260-3218

Fax Phone DSN 490-2066
or 877-624-6487

**REMARKS:**

☐ Urgent ☒ For your review ☐ Reply ASAP ☐ Please comment

SF1034 - EDP PUBLIC VOUCHERS FOR PURCHASES AND SERVICES OTHER THAN PERSONAL

US DEPARTMENT, BUREAU, OR ESTABLISHMENT AND LOCATION
DIRECTORATE FOR CEN DISB
DFAS-INDIANAPOLIS CENTER
ATTN: DCD-FD
MAIL STOP #101
8899 E 56TH STREET

DTE VOU PREP 09/26/03
CONTRACT NO SB2A75-0100000
PAYMENT NO. 001
TYPE: FINAL

VOUCHER NUM 282236
PAID BY
NICK MADDEN
GS-15
09/26/03
5570

PAYEE'S NAME AND ADDRESS
THE EDGE RESEARCH AND DEVEL
5736 TROWBRIDGE
ELPASO TX 79925-1501

| INVOICE NUMBER | MDSE AMOUNT | INTEREST/ (DISCOUNT) | DAYS LATE | INT RATE % | FREIGHT | AMOUNT |
|---|---|---|---|---|---|---|
| SBOHELF | 35950.00 | 0.00 | 0 | 0.0000% | 0.00 | 35950.00 |

| | |
|---|---|
| VOUCHER SUBTOTAL: | 35950.00 |
| TAX WITHHELD: | 0.00 |
| EXCHANGE RATE/DIFFERENCE: | 0.00 |
| TOTAL PAYMENT: | 35950.00 |

03268224039CAPS WCD: SLVPA
PREPARED BY: 58

AUT-CER: WELLER SUSAN B

I CERTIFY THIS VOUCHER CORRECT AND PROPER FOR EFT PAYMENT
09/26/03 NICK MADDEN DIRECTOR FOR CENTRALIZED DISBU
DATE AUTHORIZED CERTIFYING OFFICER TITLE

ACCOUNTING CLASSIFICATION
2122040.0000 36-6020 P665605 255Y S01021 US 2HHHELD2 000000 SB2A750100
35950.00

TRACE NUMBER 074036070254147

# SOLICITATION/CONTRACT/ORDER FOR COMMERCIAL ITEMS

*OFFEROR TO COMPLETE BLOCKS 12, 17, 23, 24, AND 30*

1. REQUISITION NUMBER: SB2A750100-01
PAGE 1 OF 6

2. …T NO.: Dᴀ… -02-C-0061
3. AWARD/EFFECTIVE DATE:
4. ORDER NUMBER:
5. SOLICITATION NUMBER:
6. SOLICITATION ISSUE DATE:
7. FOR SOLICITATION INFORMATION CALL — a. NAME:
b. TELEPHONE NUMBER (*No Collect Calls*):
8. OFFER DUE DATE/LOCAL TIME:

9. ISSUED BY — CODE: W31RPD

US ARMY SPACE AND MISSILE DEFENSE
SMDC-CM-CN, DEBRA PARKER
256-955-5706
PO BOX 1500
HUNTSVILLE AL 35807-3801

TEL: 256-955-5706
FAX: 256-955-4240

10. THIS ACQUISITION IS
[X] UNRESTRICTED
[ ] SET ASIDE: %FOR
[ ] SMALL BUSINESS
[ ] SMALL DISADV. BUSINESS
[ ] 8(A)
SIC:
SIZE STANDARD:

11. DELIVERY FOR FOB DESTINATION UNLESS BLOCK IS MARKED
[ ] SEE SCHEDULE

12. DISCOUNT TERMS

13 a. [ ] THIS CONTRACT IS A RATED ORDER UNDER DPAS (15 CFR 700)
13 b. RATING

14. METHOD OF SOLICITATION
[ ] RFQ [ ] IFB [ ] RFP

15. DELIVER TO — CODE:

**SEE SCHEDULE**

16. ADMINISTERED BY — CODE:

**SEE ITEM 9**

17 a. CONTRACTOR/OFFEROR — CODE: 1SB36 — FACILITY CODE:

THE EDGE R&D
D/B/A RESEARCH AND DEVELOPMENT
5736 TROWBRIDGE
EL PASO TX 79925

T…

18 a. PAYMENT WILL BE MADE BY — CODE: HQ0304

DFAS-ST. LOUIS
DFAS-SL-FPV
P.O. BOX 200009
ST. LOUIS MO 63120-0009

[ ] 17 b. CHECK IF REMITTANCE IS DIFFERENT AND PUT SUCH ADDRESS IN OFFER

18 b. SUBMIT INVOICES TO ADDRESS SHOWN IN BLOCK 18 a. UNLESS BLOCK BELOW IS CHECKED [ ] SEE ADDENDUM

| 19. ITEM NO. | 20. SCHEDULE OF SUPPLIES/ SERVICES | 21 QUANTITY | 22. UNIT | 23. UNIT PRICE | 24. AMOUNT |
|---|---|---|---|---|---|
| | **SEE SCHEDULE** | | | | |

25. ACCOUNTING AND APPROPRIATION DATA
**See Schedule**

26. TOTAL AWARD AMOUNT: **$143,786.00**

[ ] 27 a. SOLICITATION INCORPORATES BY REFERENCE FAR 52.212-1, 52.212-4, FAR 52.212-3 AND 52.212-5 ARE ATTACHED. ADDENDA [ ] ARE [ ] ARE NOT ATTACHED

[ ] 27 b. CONTRACT/PURCHASE ORDER INCORPORATES BY REFERENCE FAR 52.212-4. FAR 52.212-5 IS ATTACHED. ADDENDA [ ] ARE [ ] ARE NOT ATTACHED

28. CONTRACTOR IS REQUIRED TO SIGN THIS DOCUMENT AND RETURN 1 COPIES
[X] TO ISSUING OFFICE. CONTRACTOR AGREES TO FURNISH AND DELIVER ALL ITEMS SET FORTH OR OTHERWISE IDENTIFIED ABOVE AND ON ANY ADDITIONAL SHEETS SUBJECT TO THE TERMS AND CONDITIONS SPECIFIED HEREIN.

29. AWARD OF CONTRACT: REFERENCE
[ ] OFFER DATED . YOUR OFFER ON SOLICITATION (BLOCK 5), INCLUDING ANY ADDITIONS OR CHANGES WHICH ARE SET FORTH HEREIN, IS ACCEPTED AS TO ITEMS:

30 a. SIGNATURE OF OFFEROR/CONTRACTOR

31 a. UNITED STATES OF AMERICA (*SIGNATURE OF CONTRACTING OFFICER*)

30 b. NAME AND TITLE OF SIGNER (TYPE OR PRINT): Michael Shane Bowen COO

30 c. DATE SIGNED: 11 June 02

31 b. NAME OF CONTRACTING OFFICER (*TYPE OR PRINT*)

31 c. DATE SIGNED

32 a. QUANTITY IN COLUMN 21 HAS BEEN
[ ] RECEIVED [ ] INSPECTED [ ] ACCEPTED, AND CONFORMS TO THE CONTRACT, EXCEPT AS NOTED

33. SHIP NUMBER — [ ] PARTIAL [ ] FINAL

34. VOUCHER NUMBER

35. AMOUNT VERIFIED CORRECT FOR

32 b. SIGNATURE OF AUTHORIZED GOVT. REPRESENTATIVE

32 c. DATE

36. PAYMENT [ ] COMPLETE [ ] PARTIAL [ ] FINAL

37. CHECK NUMBER

38. S/R ACCOUNT NUMBER

39. S/R VOUCHER NUMBER

40. PAID BY

41 a. I CERTIFY THIS ACCOUNT IS CORRECT AND PROPER FOR PAYMENT

4… …GNATURE AND TITLE OF …YING OFFICER

41 c. DATE

42a. RECEIVED BY (*Print*)

42b. RECEIVED AT (*Location*)

42c. DATE REC'D (*YY/MM/DD*)

42d. TOTAL CONTAINERS

AUTHORIZED FOR LOCAL REPRODUCTION

STANDARD FORM 1449 (10-95)
Prescribed by GSA
FAR (48 CFR) 53.212

# SOLICITATION/CONTRACT/ORDER FOR C .MERCIAL ITEMS

*OFFEROR TO COMPLETE BLOCKS 12, 17, 23, 24, AND 30*

1. REQUISITION . :R SB2A750100-01

PAGE 1 OF 6

2. CONTRACT NO. D/ -02-C-0061

3. AWARD/EFFECTIVE DATE

4. ORDER NUMBER

5. SOLICITATION NUMBER

6. SOLICITATION ISSUE DATE

7. .ICITATION INFORMATION CALL — a. NAME

b. TELEPHONE NUMBER *(No Collect Calls)*

8. OFFER DUE DATE/LOCAL TIME

9. ISSUED BY CODE W31RPD

US ARMY SPACE AND MISSILE DEFENSE
SMDC-CM-CN, DEBRA PARKER
256-955-5706
PO BOX 1500
HUNTSVILLE AL 35807-3801

TEL: 256-955-5706
FAX: 256-955-4240

10. THIS ACQUISITION IS
[X] UNRESTRICTED
[ ] SET ASIDE: %FOR
[ ] SMALL BUSINESS
[ ] SMALL DISADV. BUSINESS
[ ] 8(A)
SIC:
SIZE STANDARD:

11. DELIVERY FOR FOB DESTINATION UNLESS BLOCK IS MARKED
[ ] SEE SCHEDULE

12. DISCOUNT TERMS

[ ] 13 a. THIS CONTRACT IS A RATED ORDER UNDER DPAS (15 CFR 700)

13 b. RATING

14. METHOD OF SOLICITATION
[ ] RFQ [ ] IFB [ ] RFP

15. DELIVER TO CODE

**SEE SCHEDULE**

16. ADMINISTERED BY CODE

**SEE ITEM 9**

17 a. CONTRACTOR/ OFFEROR CODE 1SB36 FACILITY CODE

THE EDGE R&D
D/B/A RESEARCH AND DEVELOPMENT
5736 TROWBRIDGE
EL PASO TX 79925

T

[ ] 17 b. CHECK IF REMITTANCE IS DIFFERENT AND PUT SUCH ADDRESS IN OFFER

18 a. PAYMENT WILL BE MADE BY CODE HQ0304

DFAS-ST. LOUIS
DFAS-SL-FPV
P.O. BOX 200009
ST. LOUIS MO 63120-0009

18 b. SUBMIT INVOICES TO ADDRESS SHOWN IN BLOCK 18 a. UNLESS BLOCK BELOW IS CHECKED [ ] SEE ADDENDUM

| 19. ITEM NO. | 20. SCHEDULE OF SUPPLIES/ SERVICES | 21 QUANTITY | 22. UNIT | 23. UNIT PRICE | 24. AMOUNT |
|---|---|---|---|---|---|
| | **SEE SCHEDULE** | | | | |

25. ACCOUNTING AND APPROPRIATION DATA
**See Schedule**

26. TOTAL AWARD AMOUNT **$143,786.00**

[ ] 27 a. SOLICITATION INCORPORATES BY REFERENCE FAR 52.212-1. 52.212-4. FAR 52.212-3 AND 52.212-5 ARE ATTACHED. ADDENDA [ ] ARE [ ] ARE NOT ATTACHED

[ ] 27 b. CONTRACT/PURCHASE ORDER INCORPORATES BY REFERENCE FAR 52.212-4. FAR 52.212-5 IS ATTACHED. ADDENDA [ ] ARE [ ] ARE NOT ATTACHED

[X] 28. CONTRACTOR IS REQUIRED TO SIGN THIS DOCUMENT AND RETURN 1 COPIES TO ISSUING OFFICE. CONTRACTOR AGREES TO FURNISH AND DELIVER ALL ITEMS SET FORTH OR OTHERWISE IDENTIFIED ABOVE AND ON ANY ADDITIONAL SHEETS SUBJECT TO THE TERMS AND CONDITIONS SPECIFIED HEREIN.

[ ] 29. AWARD OF CONTRACT: REFERENCE OFFER DATED . YOUR OFFER ON SOLICITATION (BLOCK 5), INCLUDING ANY ADDITIONS OR CHANGES WHICH ARE SET FORTH HEREIN, IS ACCEPTED AS TO ITEMS:

30 a. SIGNATURE OF OFFEROR/CONTRACTOR

31 a. UNITED STATES OF AMERICA *(SIGNATURE OF CONTRACTING OFFICER)*

30 b. NAME AND TITLE OF SIGNER *(TYPE OR PRINT)*

30 c. DATE SIGNED

31 b. NAME OF CONTRACTING OFFICER *(TYPE OR PRINT)*

31 c. DATE SIGNED

32 a. QUANTITY IN COLUMN 21 HAS BEEN
[ ] RECEIVED [ ] INSPECTED [ ] ACCEPTED, AND CONFORMS TO THE CONTRACT, EXCEPT AS NOTED

33. SHIP NUMBER
[ ] PARTIAL [ ] FINAL

34. VOUCHER NUMBER

35. AMOUNT VERIFIED CORRECT FOR

32 b. SIGNATURE OF AUTHORIZED GOVT. REPRESENTATIVE

32 c. DATE

36. PAYMENT
[ ] COMPLETE [ ] PARTIAL [ ] FINAL

37. CHECK NUMBER

38. S/R ACCOUNT NUMBER

39. S/R VOUCHER NUMBER

40. PAID BY

41 a. I CERTIFY THIS ACCOUNT IS CORRECT AND PROPER FOR PAYMENT

41 b. SIGNATURE AND TITLE OF CERTIFYING OFFICER

41 c. DATE

42a. RECEIVED BY *(Print)*

42b. RECEIVED AT *(Location)*

42c. DATE REC'D *(YY/MM/DD)*

42d. TOTAL CONTAINERS

AUTHORIZED FOR LOCAL REPRODUCTION

STANDARD FORM 1449 (10-95)
Prescribed by GSA
FAR (48 CFR) 53.212

SECTION SF 1449 CONTINUATION SHEET

| ITEM NO | SUPPLIES/SERVICES | QUANTITY | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| 0001 | PRESSURE VESSEL CERTIFICATION<br>PURCHASE REQUEST NUMBER SB2A750100-01 | | | | |

| ITEM NO | SUPPLIES/SERVICES | QUANTITY | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| 0001AA | | 287.00 | Each | $500.9965 | $143,786.00 |

The contractor shall perform:
FFP - A visual inspection, researching the history of each vessel, including the pressurization stamp, and making sure that all necessary paperwork is in place as required by the American Society of Mechanical Engineers (ASME) and the National Board of Boilers and Pressure Vessels.
PURCHASE REQUEST NUMBER SB2A750100-01

NET AMT $143,786.00

ACRN AA Funded Amount $143,786.00

| ITEM NO | SUPPLIES/SERVICES | QUANTITY | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| 0002 | | 1.00 | Lot | | |

CONTRACT DATA REQUIREMENTS
FFP - Contract Data Requirements List, DD Form 1423, Exhibit A, attached hereto and incorporated herein.
PURCHASE REQUEST NUMBER SB2A750100-01

NOT SEPARATELY PRICED

INSPECTION AND ACCEPTANCE TERMS

Supplies/services will be inspected/accepted at:

| CLIN | INSPECT AT | INSPECT BY | ACCEPT AT | ACCEPT BY |
|---|---|---|---|---|
| 0001 | | | | |
| 0001AA | Destination | Government | Destination | Government |
| 0002 | Destination | Government | Destination | Government |

ACCOUNTING AND APPROPRIATION DATA

AA: 212 2040.0000 36-6020 P665605.E97-255Y SB2A750100 S01021 SB2A750100/2HHHEL/H
AMOUNT: $143,786.00

CLAUSES INCORPORATED BY FULL TEXT

52.212-4 CONTRACT TERMS AND CONDITIONS-- COMMERCIAL ITEMS (FEB 2002)

(a) Inspection/Acceptance. The Contractor shall only tender for acceptance those items that conform to the requirements of this contract. The Government reserves the right to inspect or test any supplies or services that have been tendered for acceptance. The Government may require repair or replacement of nonconforming supplies or reperformance of nonconforming services at no increase in contract price. The Government must exercise its post-acceptance rights (1) within a reasonable time after the defect was discovered or should have been discovered; and (2) before any substantial change occurs in the condition of the item, unless the change is due to the defect in the item.

(b) Assignment. The Contractor or its assignee may assign its rights to receive payment due as a result of performance of this contract to a bank, trust company, or other financing institution, including any Federal lending agency in accordance with the Assignment of Claims Act (31 U.S.C. 3727). However, when a third party makes payment (e.g., use of the Governmentwide commercial purchase card), the Contractor may not assign its rights to receive payment under this contract.

(c) Changes. Changes in the terms and conditions of this contract may be made only by written agreement of the parties.

(d) Disputes. This contract is subject to the Contract Disputes Act of 1978, as amended (41 U.S.C. 601-613). Failure of the parties to this contract to reach agreement on any request for equitable adjustment, claim, appeal or action arising under or relating to this contract shall be a dispute to be resolved in accordance with the clause at FAR 52.233-1, Disputes, which is incorporated herein by reference. The Contractor shall proceed diligently with performance of this contract, pending final resolution of any dispute arising under the contract.

(e) Definitions. The clause at FAR 52.202-1, Definitions, is incorporated herein by reference.

(f) Excusable delays. The Contractor shall be liable for default unless nonperformance is caused by an occurrence beyond the reasonable control of the Contractor and without its fault or negligence such as, acts of God or the public enemy, acts of the Government in either its sovereign or contractual capacity, fires, floods, epidemics, quarantine restrictions, strikes, unusually severe weather, and delays of common carriers. The Contractor shall notify the Contracting Officer in writing as soon as it is reasonably possible after the commencement or any excusable delay, setting for the full particulars in connection therewith, shall remedy such occurrence with all reasonable dispatch and shall promptly give written notice to the Contracting Officer of the cessation of such occurrence.

(g) Invoice. (1) The Contractor shall submit an original invoice and three copies (or electronic invoice, if authorized) to the address designated in the contract to receive invoices. An invoice must include--

(i) Name and address of the Contractor;

(ii) Invoice date and number;

(iii) Contract number, contract line item number and, if applicable, the order number;

(iv) Description, quantity, unit of measure, unit price and extended price of the items delivered;

(v) Shipping number and date of shipment, including the bill of lading number and weight of shipment if shipped on Government bill of lading;

(vi) Terms of any discount for prompt payment offered;

(vii) Name and address of official to whom payment is to be sent;

(viii) Name, title, and phone number of person to notify in event of defective invoice; and

(ix) Taxpayer Identification Number (TIN). The Contractor shall include its TIN on the invoice only if required elsewhere in this contract.

(x) Electronic funds transfer (EFT) banking information.

(A) The Contractor shall include EFT banking information on the invoice only if required elsewhere in this contract.

(B) If EFT banking information is not required to be on the invoice, in order for the invoice to be a proper invoice, the Contractor shall have submitted correct EFT banking information in accordance with the applicable solicitation provision, contract clause (e.g., 52.232-33, Payment by Electronic Funds Transfer--Central Contractor Registration, or 52.232-34, Payment by Electronic Funds Transfer--Other Than Central Contractor Registration), or applicable agency procedures.

(C) EFT banking information is not required if the Government waived the requirement to pay by EFT.

(2) Invoices will be handled in accordance with the Prompt Payment Act (31 U.S.C. 3903) and Office of Management and Budget (OMB) prompt payment regulations at 5 CFR part 1315.

(h) Patent indemnity. The Contractor shall indemnify the Government and its officers, employees and agents against liability, including costs, for actual or alleged direct or contributory infringement of, or inducement to infringe, any United States or foreign patent, trademark or copyright, arising out of the performance of this contract, provided the Contractor is reasonably notified of such claims and proceedings.

(i) Payment. Payment shall be made for items accepted by the Government that have been delivered to the delivery destinations set forth in this contract. The Government will make payment in accordance with the Prompt Payment Act (31 U.S.C. 3903) and OMB prompt payment regulations at 5 CFR part 1315. If the Government makes payment by Electronic Funds Transfer (EFT), see 52.212-5(b) for the appropriate EFT clause. In connection with any discount offered for early payment, time shall be computed from the date of the invoice. For the purpose of computing the discount earned, payment shall be considered to have been made on the date which appears on the payment check or the specified payment date if an electronic funds transfer payment is made.

(j) Risk of loss. Unless the contract specifically provides otherwise, risk of loss or damage to the supplies provided under this contract shall remain with the Contractor until, and shall pass to the Government upon:

(1) Delivery of the supplies to a carrier, if transportation is f.o.b. origin; or

(2) Delivery of the supplies to the Government at the destination specified in the contract, if transportation is f.o.b. destination.

(k) Taxes. The contract price includes all applicable Federal, State, and local taxes and duties.

(l) Termination for the Government's convenience. The Government reserves the right to terminate this contract, or any part hereof, for its sole convenience. In the event of such termination, the Contractor shall immediately stop all work hereunder and shall immediately cause any and all of its suppliers and subcontractors to cease work. Subject to the terms of this contract, the Contractor shall be paid a percentage of the contract price reflecting the percentage of the work performed prior to the notice of termination, plus reasonable charges the Contractor can demonstrate to the satisfaction of the Government using its standard record keeping system, have resulted from the termination. The Contractor shall not be required to comply with the cost accounting standards or contract cost principles for this purpose. This paragraph does not give the Government any right to audit the Contractor's records. The Contractor shall not be paid for any work performed or costs incurred which reasonably could have been avoided.

(m) Termination for cause. The Government may terminate this contract, or any part hereof, for cause in the event of any default by the Contractor, or if the Contractor fails to comply with any contract terms and conditions, or fails to

provide the Government, upon request, with adequate assurances of future performance. In the event of termination for cause, the Government shall not be liable to the Contractor for any amount for supplies or services not accepted, and the Contractor shall be liable to the Government for any and all rights and remedies provided by law. If it is determined that the Government improperly terminated this contract for default, such termination shall be deemed a termination for convenience.

(n) Title. Unless specified elsewhere in this contract, title to items furnished under this contract shall pass to the Government upon acceptance, regardless of when or where the Government takes physical possession.

(o) Warranty. The Contractor warrants and implies that the items delivered hereunder are merchantable and fit for use for the particular purpose described in this contract.

(p) Limitation of liability. Except as otherwise provided by an express or implied warranty, the Contractor will not be liable to the Government for consequential damages resulting from any defect or deficiencies in accepted items.

(q) Other compliances. The Contractor shall comply with all applicable Federal, State and local laws, executive orders, rules and regulations applicable to its performance under this contract.

(r) Compliance with laws unique to Government contracts. The Contractor agrees to comply with 31 U.S.C. 1352 relating to limitations on the use of appropriated funds to influence certain Federal contracts; 18 U.S.C. 431 relating to officials not to benefit; 40 U.S.C. 327, et seq., Contract Work Hours and Safety Standards Act; 41 U.S.C. 51-58, Anti-Kickback Act of 1986; 41 U.S.C. 265 and 10 U.S.C. 2409 relating to whistleblower protections; 49 U.S.C. 40118, Fly American; and 41 U.S.C. 423 relating to procurement integrity.

(s) Order of precedence. Any inconsistencies in this solicitation or contract shall be resolved by giving precedence in the following order: (1) the schedule of supplies/services; (2) the Assignments, Disputes, Payments, Invoice, Other Compliances, and Compliance with Laws Unique to Government Contracts paragraphs of this clause; (3) the clause at 52.212-5; (4) addenda to this solicitation or contract, including any license agreements for computer software; (5) solicitation provisions if this is a solicitation; (6) other paragraphs of this clause; (7) the Standard Form 1449; (8) other documents, exhibits, and attachments; and (9) the specification.

(End of clause)

52.212-5 CONTRACT TERMS AND CONDITIONS REQUIRED TO IMPLEMENT STATUTES OR EXECUTIVE ORDERS--COMMERCIAL ITEMS (APR 2001) (DEVIATION)

(a) Comptroller General Examination of Record. The Contractor agrees to comply with the provisions of this paragraph (a) if this contract was awarded using other than sealed bid, is in excess of the simplified acquisition threshold, and does not contain the clause at 52.215-2, Audit and Records-Negotiation.

(1) The Comptroller General of the United States, or an authorized representative of the Comptroller General, shall have access to the right to examine any of the Contractor's directly pertinent records involving transactions related to this contract.

(2) The Contractor shall make available at its offices at all reasonable times, the records, materials, and other evidence for examination, audit, or reproduction, until 3 years after final payment under this contract or for any shorter period specified in FAR Subpart 4.7, Contractor Records Retention, of the other clauses of this contract. If this contract is completely or partially terminated, the records relating to the work terminated shall be made available for 3 years after any resulting final termination settlement. Records relating to appeals under the disputes clause or to litigation or the settlement of claims arising under or relating to this contract shall be made available until such appeals, litigation, or claims are finally resolved.

(3) As used in this clause, records include books, documents, accounting procedures and practices, and other data, regardless of form. This does not require the Contractor to create or maintain any record that the Contractor does not maintain in the ordinary course of business or pursuant to a provision of law.

(b) The Contractor is not required to include any FAR clause, other than those listed below (and as may be required by an addenda to this paragraph to establish the reasonableness of prices under Part 15), in a subcontract for commercial items or commercial components-

(1) 52.222-26, Equal Opportunity (E.O. 11246);

(2) 52.222-35, Equal Opportunity for Special Disabled Veterans, Veterans of the Vietnam Era and Other Eligible Veterans (38 U.S.C. 4212);

(3) 52.222-36, Affirmative Action for Workers with Disabilities (29 U.S.C. 793);

(4) 52.247-64, Preference for Privately-Owned U.S.- Flag Commercial Vessels (46 U.S.C. 1241)(flow down not required for subcontracts awarded beginning May 1, 1996)., and

(5) 52.222-41, Service Contract Act of 1965, As Amended (41 U.S.C. 351, et seq.).
Subcontracts for certain commercial services may be exempt from coverage if they meet the criteria in FAR 22.1103-4(c) or (d) (see DoD class deviation number 2000-O0006).)

(End of Clause)

52.252-2 CLAUSES INCORPORATED BY REFERENCE (FEB 1998)

This contract incorporates one or more clauses by reference, with the same force and effect as if they were given in full text. Upon request, the Contracting Officer will make their full text available. Also, the full text of a clause may be accessed electronically at this/these address(es):

www.arnet.gov

252.212-7001 CONTRACT TERMS AND CONDITIONS REQUIRED TO IMPLEMENT STATUTES OR EXECUTIVE ORDERS APPLICABLE TO DEFENSE ACQUISITIONS OF COMMERCIAL ITEMS (APR 2001) (DEVIATION)

In addition to the clauses listed in paragraph (b) of the Contract Terms and Conditions Required to Implement Statutes or Executive Order-Commercial Items (DEVIATION) clause of this contract (FAR 52.212-5), the Contractor shall include the terms of the following clauses, if applicable in subcontracts for commercial items or commercial components, awarded at any tier under this contract:

252.225-7014, Preference for Domestic Specialty Metals, Alternate I (MAR 1998) (10 U.S.C. 2533a).

252.247-7023, Transportation of Supplies by Sea (MAR 2000) (10 U.S.C. 2631).

252.247-7024, Notification of Transportation of Supplies by Sea (MAR 2000) (10 U.S.C. 2631).

(End of Clause)

CONTRACT DASG60-02-C-0060
EXHIBIT A

CONTRACT DATA REQUIREMENTS LIST
*(1 Data Item)*

*Form Approved*
*OMB NO. 0704-0188*

Public reporting burden for this collection of information is estimated to average 110 hours per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Send comments regarding this burden, estimate or any other aspect of this collection of information, including suggestions for reducing this burden, to Department of Defense, Washington, Headquarters Services Directorate for Information and Reports, 1215 Jefferson Davis Highway, Suite 1204, Arlington, VA 22202-4302, and to the Office of Management and Budget, Paperwork Reduction Project (0704-0188), Washington, DC 20503. Please DO NOT RETURN your form to either of these addresses. Send completed form to the Government Issuing Contracting Officer for the Contract/PR NO listed in Block E.

**A. CONTRACT LINE ITEM NO.** 0002

**B. EXHIBIT** A

**C. CATEGORY:** TDP ______ TM ______ OTHER

**D. SYSTEM/ITEM** Pressure Vessel System

**E. CONTRACT/PR NO.** DASG60-02-C-0061

**F. CONTRACTOR** The Edge Research & Development

**1. DATA ITEM NO.** A001

**2. TITLE OF DATA ITEM** Technical Report - Study/Services

**3. SUBTITLE**

**4. AUTHORITY** DI-MISC-80508A

**5. CONTRACT REFERENCE** Documentation Requirements

**6. REQUIRING OFFICE** SMDC-AC-H

**7. DD 250 REQ** NO

**8. APP CODE** N

**9. DIST STATEMENT REQUIRED**

**10. FREQ** ASREQ

**11. AOD** SEE BLK 16

**12. DATE OF FIRST SUB** ASREQ

**13. DATE OF SUBSEQ SUB** ASREQ

**14. DISTRIBUTION**

| a. ADDRESSEE | b. COPIES Draft | Final Reg | Final Repro |
|---|---|---|---|
| SMDC-AC-H | | 4 | |
| 15. TOTAL —> | | 2 | |

4 COPIES OF ALL DATA
1 ELECTRONIC COPY OF ALL DATA

* 1 ELECTRONIC COPY OF TECHNICAL REPORT
CONFIGURATION MANAGEMENT PLAN
SAFETY EVALUATION
INSPECTION/RECERTIFICATION CERTIFICATE

DELIVER 10 DAYS AFTER COMPLETION OF TESTING

CONTRACTOR FORMAT ACCEPTABLE

**G. PREPARED BY:**

**H. DATE**

**I. APPROVED BY:** LYN O. TRONTE, LTC AD

**J. DATE** 4/22/02

**17. PRICE GROUP**

**18. ESTIMATED TOTAL PRICE**

Page 1 of 1 Pages