# In the United States Court of Federal Claims

Case No. 03-2843C
(Filed: April 8, 2004)

**********************************************************
THE EDGE RESEARCH & DEVELOPMENT, INC., *
*Plaintiff,* *
*
v. *
*
THE UNITED STATES OF AMERICA, *
*Defendant.* *
*
**********************************************************

## ORDER

**On December 22, 2003, this case was designated as an electronic case in the Court's case management/electronic case filing (CM/ECF) system. Pursuant to General Order 42, the attorneys of record must have a CM/ECF account and the court issues an account login and password only to members of the Court's bar who have passed a certification test.**

**Records before the Court indicate that the Plaintiff has not complied with this requirement. Plaintiff shall comply by April 23, 2004, or the Court will issue a show cause order why the case should not be dismissed for want of prosecution.**

**If Plaintiff has questions on what is required, please contact the CM/ECF User Assistance line at (866) 784-6273 (toll free) or (202) 219-9942, Monday to Friday, 9 a.m. to 5 p.m.**

**The Court intends to schedule a telephonic Preliminary Status Conference (on the record) during the month of May. Accordingly, it is ORDERED that the parties agree upon at least three dates in May. The parties shall notify the Court's Judicial Assistant, Denise Lawson, at telephone (202) 219-9565, of the proposed dates no later than April 23, 2004. Morning sessions begin at 10:00 a.m., and afternoon sessions begin at 2:00 p.m.**

**IT IS SO ORDERED.**

**/s/ Lawrence M. Baskir**
**LAWRENCE M. BASKIR**
**Judge**