# In the United States Court of Federal Claims

Case No. 03-2843C
(Filed: April 19, 2004)

*********************************************************
THE EDGE RESEARCH & DEVELOPMENT, INC., *
*Plaintiff,* *
*
v. *
*
THE UNITED STATES OF AMERICA, *
*Defendant.* *
*
*********************************************************

## ORDER

This Order confirms the **telephonic Preliminary Status Conference on the record scheduled for 10:00 a.m., on Friday, May 14, 2004. The defendant shall initiate the conference call with the plaintiff, before calling the Judge at (202) 219-9565**.

The Court intends to discuss parties' request for discovery and briefing schedule for anticipated Cross Motions for Summary Judgment.

**IT IS SO ORDERED.**

**/s/ Lawrence M. Baskir**
**LAWRENCE M. BASKIR**
**Judge**