# In the United States Court of Federal Claims

Case No. 03-2843C
(Filed: May 17, 2004)

********************************************************
THE EDGE RESEARCH & DEVELOPMENT, INC., *
*Plaintiff,* *
*
v. *
*
THE UNITED STATES OF AMERICA, *
*Defendant.* *
*
********************************************************

## ORDER

This Order confirms matters discussed at the status conference that this Court held on May 14, 2004. **Discovery is now open.** Adopting the schedule requested by the parties, the following deadlines are to apply:

(1) By no later than **October 15, 2004, the parties shall submit a joint status report describing the status of discovery and stating whether or not dispositive motions will be filed in this matter. As appropriate, the parties are to propose either a motions or trial schedule. This report shall also provide a listing of those persons relevant to this matter and their positions, as well as, all relevant acronyms;**

(2) **November 15, 2004, is the discovery deadline;**

(3) **December 1, 2004, is the deadline for the filing of dispositive motions.**

**IT IS SO ORDERED.**

**/s/ Lawrence M. Baskir**
**LAWRENCE M. BASKIR**
**Judge**