IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| THE EDGE RESEARCH & DEVELOPMENT, INC., | ) | |
| Plaintiff, | ) | |
| | ) | No. 03-2843C |
| v. | ) | |
| | ) | (Judge Baskir) |
| THE UNITED STATES | ) | |
| Defendant. | ) | |

**JOINT STATUS REPORT**

Pursuant to the Court's order, dated May 17, 2004, the parties respectfully submit the following joint status report.

**I. Status of Discovery**

The parties have been conducting simultaneous discovery through both formal and informal requests for production of documents, interrogatories, and depositions. Nevertheless, due to scheduling difficulties, several depositions remain to be taken. Further, one witness who has not yet been scheduled is a retired Government employee, unrepresented by either party. While the parties do not anticipate any difficulties arranging for these

depositions, the parties require additional time to accommodate these scheduling needs.

Accordingly, the parties propose extending the discovery deadline to February 18, 2005.

## II. **Subsequent Joint Status Report**

The parties propose filing a subsequent status report with the Court on January 14, 2005, stating whether or not dispositive motions will be filed in this matter. As appropriate, the parties will propose either motions or a trial schedule. This report shall also provide a listing of persons relevant to this matter and their positions, as well as all relevant acronyms.

## III. **Dispositive Motions**

While the parties anticipate possibly filing cross-motions for summary judgment, pursuant to RCFC 56, they are not able to state for certain at this time whether or not such motions will be filed. The Court's May 17, 2004 order set an initial deadline for filing dispositive motions of December 1, 2004.

As the parties have requested additional time for discovery, the parties propose that the deadline for filing dispositive motions be

extended until March 11, 2005.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

/s/ Brian M. Simkin
BRIAN M. SIMKIN
Assistant Director

/s/ E. Link Beck
E. LINK BECK
Beck & Given, P.C.
5915 Silver Springs Drive
Building 4
El Paso, Texas 79912
Phone (915) 544-5545
Fax: (915) 544-1620

Attorney for Plaintiff

October 15, 2004

/s/ Steven M. Mager
STEVEN M. MAGER
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street, NW
Washington, D.C. 20530
Tele: (202) 616-2377
Steven.Mager@usdoj.gov

Attorneys for Defendant

October 15, 2004

CERTIFICATE OF FILING/SERVICE

I hereby certify that on this 15th day of October, 2004, a copy of the foregoing "JOINT PRELIMINARY STATUS REPORT" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/ Steven M. Mager

Steven M. Mager
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice