# In the United States Court of Federal Claims

Case No. 03-2843C
(Filed: October 21, 2004)

**********************************************************
THE EDGE RESEARCH & DEVELOPMENT, INC., *
*Plaintiff,* *
*
v. *
*
THE UNITED STATES OF AMERICA, *
*Defendant.* *
*
**********************************************************

## ORDER

The parties' **joint motion to extend Discovery deadline** (by 90 days) **until February 18, 2005**, is hereby **GRANTED**.

**The parties shall submit a joint status report no later than January 14, 2005,** describing the status of discovery and stating whether or not dispositive motions will be filed in this matter. As appropriate, the parties are to propose either a motions or trial schedule. This report shall also provide a listing of those persons relevant to this matter and their positions, as well as, all relevant acronyms.

The **deadline for the filing of dispositive motions** has been extended by 90 days, until **March 11, 2005.**

IT IS SO ORDERED.

/s/ Lawrence M. Baskir
LAWRENCE M. BASKIR
Judge