# In the United States Court of Federal Claims

Case No. 03-2843C
(Filed: January 3, 2005)

*********************************************************
THE EDGE RESEARCH & DEVELOPMENT, INC., *
*Plaintiff,* *
*
v. *
*
THE UNITED STATES OF AMERICA, *
*Defendant.* *
*
*********************************************************

## ORDER

Plaintiff's **unopposed Motion for Leave to Amend Original Complaint** filed December 23, 2004, is hereby **GRANTED**.

**IT IS SO ORDERED.**

**/s/ Lawrence M. Baskir**
**LAWRENCE M. BASKIR**
**Judge**