**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| THE EDGE RESEARCH & DEVELOPMENT, INC., | ) | |
| Plaintiff, | ) | No. 03-2843C |
| v. | ) | (Judge Baskir) |
| THE UNITED STATES | ) | |
| Defendant. | ) | |

**UNOPPOSED MOTION TO EXTEND**
**<u>TIME TO FILE AMENDED ANSWER</u>**

Pursuant to Rule 6(b) of the Rules of the United States Court of Federal Claims ("RCFC"), defendant respectfully requests an enlargement of time of 8 calendar days, to and including January 21, 2004, in which to respond to plaintiff's amended complaint. Defendant's response is presently due January 13, 2004. This is defendant's first request for an enlargement of this deadline. Counsel for the United States has contacted plaintiff's counsel, and they have agreed to this extension.

The additional time is required for Government counsel to adequately prepare and file the Government's amended answer. On January 3, 2004, the Court granted plaintiff's motion to file a

substantially amended complaint. Typically, the Government has 10 days to respond to the amended answer. While we timely contacted the agency and have made all reasonable efforts to interview all government employees referenced in the amended complaint, several of the government employees who are referenced in the amended answer have proven unavailable to date, and we have learned will not be available until next week. The Government requires the additional time to consult with these individuals to determine whether to admit or deny certain allegations contained in the amended complaint.

For the foregoing reasons, defendant respectfully requests that the Court grant this motion for an enlargement of time.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

/s/ Brian M. Simkin
BRIAN M. SIMKIN
Assistant Director

/s/ Steven M. Mager
STEVEN M. MAGER
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street, NW
Washington, D.C. 20530
Tele: (202) 616-2377
Steven.Mager@usdoj.gov

Attorneys for Defendant

January 13, 2005

CERTIFICATE OF FILING/SERVICE

I hereby certify that on this 13th day of January, 2004, a copy of the foregoing "UNOPPOSED MOTION TO EXTEND TIME TO FILE AMENDED ANSWER" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/ Steven M. Mager
Steven M. Mager
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice