IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| THE EDGE RESEARCH & DEVELOPMENT, INC., | ) | |
| Plaintiff, | ) | No. 03-2843C |
| v. | ) | (Judge Baskir) |
| THE UNITED STATES | ) | |
| Defendant. | ) | |

**<u>JOINT STATUS REPORT</u>**

Pursuant to the Court's order, dated October 21, 2004, the parties respectfully submit the following joint status report.

**I. <u>Status of Discovery</u>**

The parties have been conducting extensive simultaneous discovery through both formal and informal requests for production of documents, interrogatories, and requests for admissions. The parties have conducted approximately 15 depositions in three states. Nevertheless, some discovery remains, including followup document request, and the depositions of two non-parties to this litigation.

Further, the parties are engaged in settlement negotiations to determine if this disputes may be resolved without further Court intervention. The parties seek additional time to further entertain these negotiations prior to completing additional discovery.

Accordingly, the parties propose extending the discovery deadline by 59 calendar days, up to and including April 18, 2005.

## II. **Subsequent Joint Status Report**

The parties propose filing a subsequent status report with the Court on March 18, 2005, stating whether or not dispositive motions will be filed in this matter. As appropriate, the parties will propose either motions or a trial schedule. This report shall also provide a listing of persons relevant to this matter and their positions, as well as all relevant acronyms.

## III. **Dispositive Motions**

While the parties anticipate possibly filing cross-motions for summary judgment, pursuant to RCFC 56, they are not able to state for certain at this time whether or not such motions will be filed. The Court's October 21, 2004 order set an initial deadline for filing dispositive motions of March 11, 2005.

As the parties have requested additional time for discovery, the parties propose that the deadline for filing dispositive motions be extended by 81 calendar days up to and including May 31, 2005.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

/s/ Brian M. Simkin
BRIAN M. SIMKIN
Assistant Director

/s/ E. Link Beck
E. LINK BECK
Beck & Given, P.C.
5915 Silver Springs Drive
Building 4
El Paso, Texas 79912
Phone (915) 544-5545
Fax: (915) 544-1620

Attorney for Plaintiff

January 14, 2005

/s/ Steven M. Mager
STEVEN M. MAGER
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street, NW
Washington, D.C. 20530
Tele: (202) 616-2377
Steven.Mager@usdoj.gov

Attorneys for Defendant

January 14, 2005

CERTIFICATE OF FILING/SERVICE

I hereby certify that on this 14th day of January, 2005, a copy of the foregoing "JOINT PRELIMINARY STATUS REPORT" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/ Steven M. Mager
Steven M. Mager
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice