IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| THE EDGE RESEARCH & DEVELOPMENT, INC., | ) | |
| Plaintiff, | ) | No. 03-2843C |
| v. | ) | (Judge Baskir) |
| THE UNITED STATES | ) | |
| Defendant. | ) | |

**JOINT MOTION TO EXTEND**

In accordance with the parties' joint status report, the parties respectfully request that the Court extend the discovery deadline by 59 calendar days, up to and including April 18, 2005.

The parties further respectfully request leave to file a subsequent status report with the Court on March 14, 2005, proposing either dispositive motions or a trial schedule and providing a listing of persons relevant to this matter and their positions, as well as all relevant acronyms.

Further, the parties respectfully request that the deadline for filing dispositive motions be extended by 81 calendar days up to and including May 31, 2005

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

/s/ Brian M. Simkin
BRIAN M. SIMKIN
Assistant Director

/s/ E. Link Beck
E. LINK BECK
Beck & Given, P.C.
5915 Silver Springs Drive
Building 4
El Paso, Texas 79912
Phone (915) 544-5545
Fax: (915) 544-1620

Attorney for Plaintiff

January 14, 2005

/s/ Steven M. Mager
STEVEN M. MAGER
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street, NW
Washington, D.C. 20530
Tele: (202) 616-2377
Steven.Mager@usdoj.gov

Attorneys for Defendant

January 14, 2005

CERTIFICATE OF FILING/SERVICE

I hereby certify that on this 14th day of January, 2005, a copy of the foregoing "JOINT MOTION TO EXTEND" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/ Steven M. Mager
Steven M. Mager
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice