IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| THE EDGE RESEARCH & DEVELOPMENT, INC., | ) | |
| Plaintiff, | ) | No. 03-2843C |
| v. | ) | (Judge Baskir) |
| THE UNITED STATES | ) | |
| Defendant. | ) | |

**<u>JOINT STATUS REPORT</u>**

Pursuant to the Court's order, dated January 27, 2005, the parties respectfully submit the following joint status report.

## I. <u>Status of Discovery</u>

The parties have been conducting extensive simultaneous discovery through both formal and informal requests for production of documents, interrogatories, and requests for admissions. The parties have conducted approximately 15 depositions in three states. A few depositions remain, and the Government needs to respond to plaintiff's request for production of documents, which the parties believe will be accomplished in the remaining time for discovery. The

Government, however, remains concerned about the unavailability of one of plaintiff's key employees, who purportedly no longer works for the plaintiff. The Government is still attempting to locate this individual in order to subpoena him for deposition.

## II. <u>Dispositive Motions</u>

The Government anticipates that it shall file a motion for summary judgment/motion for partial summary judgment, pursuant to Rule 56 of the Rules of the United States Court of Federal Claims and in accordance with this Court's January 27, 2005 order, by May 31, 2005.

## III. <u>Persons Relevant to this Matter</u>

Pursuant to this Court's January 27, 2005 order, the parties provide the following list of persons relevant to this matter:

(1) Larry I. Brooks, General Engineer, High Energy Laser Systems Test Facility ("HELSTF")

Mr. Brooks was in charge (on the Government side) of vessel certification during the period in question. Mr. Brooks participated in the vessel certification Integrated Project Team ("IPT").

(2) Thomas Hodge, Director, HELSTF

Successor to Lieutenant Colonel Tronti as Director of HELSTF. Reviewed materials provided by The Edge Research & Development ("The Edge") to evaluate their worth to the Government.

(3) Mark Lumer, Space and Missile Defense Command ("SMDC") Principal Assistant Responsible for Contracting/Chief, Contracting and Acquisition Management Office

SMDC's chief contracting executive.

(4) Denise Owens, SMDC Contracting Officer

SMDC Contracting Officer who signed the final decision.

(5) Debra Parker, SMDC Contracting Officer

Primary contracting officer involved in this matter. Worked with the Edge and Colonel Tronti to develop draft contract and associated documents. Advised The Edge to cease all work.

(6) Randy Rankin, HELSTF Site Program Manager, Northrop-Grumman

Northrop-Grumman is the Operations and Maintenance ("O&M") contractor for HELSTF. Mr. Rankin is their program manager for the HELSTF site. He participated in the vessel certification IPT and can provide information about The Edge's activities during the period in question.

(7) Manuel Sandoval: HELSTF Test Planning Engineer, Northrop-Grumman

Mr. Sandoval is a Northrop-Grumman employee who participated in the vessel certification IPT and has firsthand knowledge of The Edge's activities during the period in question.

(8) Brayton Smoot: General Engineer, HELSTF

Mr. Smoot is responsible for the MIRACL Laser and other hardware at HELSTF. He currently manages vessel certification program at HELSTF. Mr. Smoot participated in vessel certification IPT meetings and has knowledge of The Edge's activities during the period in question

(9) Lieutenant Colonel (R) Lyn Tronti, Former Director (Retired), HELSTF

Colonel Tronti apparently was involved in the process of bringing The Edge on site at HELSTF and initiating efforts at forming a contract. She eventually recused herself from dealings with the company because her husband purportedly had a personal employment connection to a company affiliated with The Edge.

(10) Kenneth White, Assistant Director, HELSTF

Mr. White as involved with the matter following the recusal of Colonel Tronti, and signed the Justification and Appraisal for Other Than Fair and Open Competition for HELSTF.

(11) Major General John M. Urias, former Deputy Commanding General, SMDC, Program Executive Officer for Aerospace Missile and Defense

(12) Dr. Linda M. Gentle, former acting Director, Test and Evaluation Center

(13) Shane Bowen, Program Manager, The Edge

(14) Bob Bearden, Subject Matter Expert, The Edge

(15) Michael J. Bowen, QA/QC Inspector, The Edge

(16) Linda Willer, Technical Writer, The Edge

(17) Melanie Preusser, Safety Manager, The Edge

(18) H.L. Bolin, Safety Manager, The Edge

(19) Lloyd Fulkerson, Technician, The Edge

(20) Brian Newman, Technician, The Edge

(21) Bruce Seale, Technician, The Edge

(22) John Birkett, formerly with The Edge, former MEVATEC employee (may provide potential expert witness testimony for The Edge)

(23) Lionel Brown, Environmental Engineer and Safety Director, HELSTF

## IV. Relevant Acronyms and Abbreviations

Pursuant to this Court's January 27, 2005 order, the parties provide the following list of relevant acronyms and abbreviations:

| | |
|---|---|
| AE | Acoustical Emissions test |
| ASME | American Society of Mechanical Engineers |
| DOT | United States Department of Transportation |
| FSS | Fluid Supply System |
| HELSTF | High Energy Laser Systems Test Facility (located in White Sands, New Mexico) |
| IPT | Integrated Project Team |
| J&A | Justification and Approval |
| MIRACL | Mid-Infra-Red Advanced Chemical Laser |

| | |
|---|---|
| O&M | Operations and Maintenance |
| OSHA | Occupational Safety and Health Administration (United States Department of Labor) |
| PARC | Principal Assistant Responsible for Contract |
| PSI | Pressure Sciences, Incorporated |
| PVC | Pressure Vessel Certification |
| QSL | Quality Services Laboratories, Inc. |
| SMDC | United States Army Space and Missile Defense Command |
| T&E Center | Test and Evaluation Center |
| WSMR | White Sands Missile Range, New Mexico |

Respectfully submitted,
PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

/s/ Brian M. Simkin
BRIAN M. SIMKIN
Assistant Director

/s/ E. Link Beck
E. LINK BECK
Beck & Given, P.C.
5915 Silver Springs Drive
Building 4
El Paso, Texas 79912
Phone (915) 544-5545
Fax: (915) 544-1620
linkbeck@beckgiven.com

Attorney for Plaintiff

March 14, 2005

/s/ Steven M. Mager
STEVEN M. MAGER
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street, NW
Washington, D.C. 20530
Tele: (202) 616-2377
Steven.Mager@usdoj.gov

Attorneys for Defendant

March 14, 2005

CERTIFICATE OF FILING/SERVICE

I hereby certify that on this 14th day of March, 2005, a copy of the foregoing "JOINT STATUS REPORT" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/ Steven M. Mager
Steven M. Mager
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice