## IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| THE EDGE RESEARCH & DEVELOPMENT, INC., | ) | |
| Plaintiff, | ) | No. 03-2843C |
| v. | ) | (Judge Baskir) |
| THE UNITED STATES | ) | |
| Defendant. | ) | |

## NOTICE OF ACCEPTANCE, WITH ATTACHED OFFER OF JUDGMENT

Pursuant to Rule 68 of the Rules of the United States Court of Federal Claims, defendant, the United States, and plaintiff, The Edge Research & Development, Inc., are filing the attached offer of judgment to be taken against the United States in the amount of $108,196.00, inclusive of interest, costs, and attorney fees for full settlement of the above captioned case (Attachment A). Plaintiff timely accepted this offer of judgment in writing on April 6, 2005 (Attachment B).

Respectfully submitted,

PETER D. KEISLER

Assistant Attorney General

DAVID M. COHEN
Director

/s/ Brian M. Simkin
BRIAN M. SIMKIN
Assistant Director

/s/ E. Link Beck
E. LINK BECK
Beck & Given, P.C.
5915 Silver Springs Drive
Building 4
El Paso, Texas 79912
Phone (915) 544-5545
Fax: (915) 544-1620
linkbeck@beckgiven.com

Attorney for Plaintiff

April 8, 2005

/s/ Steven M. Mager
STEVEN M. MAGER
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street, NW
Washington, D.C. 20530
Tele: (202) 616-2377
Steven.Mager@usdoj.gov

Attorneys for Defendant

April 8, 2005

CERTIFICATE OF FILING/SERVICE

I hereby certify that on this 11th day of April, 2005, a copy of the foregoing "NOTICE OF ACCEPTANCE, WITH ATTACHED OFFER OF JUDGMENT" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/ Steven M. Mager
Steven M. Mager
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice