**BECK & GIVEN, P.C.**
Attorneys at Law
5915 Silver Springs Drive, Bldg. 4
El Paso, Texas 79912
Telephone (915) 544-5545
Facsimile (915) 544-1620

**E. Link Beck**
Board Certified - Civil Trial Law
Board Certified - Civil Appellate Law
Texas Board of Legal Specialization

E-Mail: linkbeck@beckgiven.com

Bernard R. Given I
Also Member of California State Bar

E-Mail: bernardgiven@beckgiven.com

# FACSIMILE COVER SHEET

DATE: April 6, 2005

TO: Mr. Steven M. Mager (202) 514-8624
Department of Justice

Mr. Shane Bowen 778-3603

RE: *The Edge Research and Development v. The United States*
**4/6/05 Letter**

FROM: Cheryl H. Moore for E. Link Beck

2 PAGES INCLUDING COVER SHEET

**MESSAGE:**

---

THE INFORMATION CONTAINED IN THIS FACSIMILE MESSAGE IS ATTORNEY PRIVILEGED AND CONFIDENTIAL INFORMATION INTENDED ONLY FOR THE USE OF THE INDIVIDUAL OR ENTITY NAMED ABOVE. IF THE READER OF THIS MESSAGE IS NOT THE INTENDED RECIPIENT, YOU ARE HEREBY NOTIFIED THAT ANY DISSEMINATION, DISTRIBUTION OR COPYING OF THIS COMMUNICATION IS STRICTLY PROHIBITED. IF YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR, PLEASE IMMEDIATELY NOTIFY US BY TELEPHONE AND RETURN THE ORIGINAL MESSAGE TO US AT THE ABOVE ADDRESS VIA THE U.S. POSTAL SERVICE. THANK YOU.

BECK & GIVEN, P.C.
ATTORNEYS AT LAW
5915 SILVER SPRINGS DRIVE, BLDG. 4
EL PASO, TEXAS 79912
TELEPHONE (915) 544-5545
FACSIMILE (915) 544-1620

E. LINK BECK
BOARD CERTIFIED - CIVIL TRIAL LAW
BOARD CERTIFIED - CIVIL APPELLATE LAW
TEXAS BOARD OF LEGAL SPECIALIZATION
E-MAIL: linkbeck@beckgiven.com

BERNARD R. GIVEN II
ALSO MEMBER OF CALIFORNIA STATE BAR
E-MAIL: bernardgiven@beckgiven.com

April 6, 2005

VIA FACSIMILE

Steven M. Mager, Trial Attorney
United States Dept. of Justice
Civil Division, Commercial Litigation Branch
1100 L Street, Room 12006
Washington, DC 20530

RE: *The Edge Research & Development, Inc. v. The United States of America*

Dear Steve:

I am authorized by my client, The Edge Research & Development, Inc., to accept the Offer of Judgment by the Government in the amount of $108,196, inclusive of interest, costs and attorney's fees.

Thank you for your attention to this matter.

Sincerely,

E. Link Beck

ELB/chm
cc: Shane Bowen

C:\LT\Mager.Edge.wpd