# In the United States Court of Federal Claims

**No. 03-2843 C**

**THE EDGE RESEARCH & DEVELOPMENT, INC.,**

**JUDGMENT**

**v.**

**THE UNITED STATES**

Pursuant to the Notice of Acceptance and Offer of Judgment, filed April 11, 2005,

IT IS ORDERED AND ADJUDGED this date, pursuant to Rule 68, that the plaintiff recover of and from the United States the sum of $108,196.00, inclusive of interest, costs, and attorney fees.

Brian Bishop
Clerk of Court

**April 14, 2005** By: s/Lisa L. DeFade

Deputy Clerk