United States Court of Federal Claims
717 MADISON PLACE, N.W.
WASHINGTON, DC 20005

April 18, 2005

E. Link Beck, Esq.
Beck & Given, P.C.
5915 Silver Springs Drive, Building 4
El Paso, TX 79912

In re: The Edge Research & Development, Inc. v. United States,
No. 03-2843 C

Dear Mr. Beck:

I am enclosing the 28 U.S.C. §2517 certified transcript of judgment, dated April 14, 2005, in favor of plaintiff in the case listed above.

As to the procedure for obtaining payment of judgment, see the enclosed Instruction Sheet.

Yours truly,

Lisa L. DeFade
Chief Deputy Clerk Operations

Enclosures

cc: Steven Michael Mager, Esq.
Department of Justice